IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | C.A. No. 8:08-1768-HMH-BHH |
| Plaintiff, | ) | |
| | ) | **OPINION & ORDER** |
| vs. | ) | |
| | ) | |
| Ivy T. Boozer, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court with the Report and Recommendation of United States

Magistrate Judge Bruce Howe Hendricks, made in accordance with 28 U.S.C. § 636(b) and

Local Civil Rule 73.02 of the District of South Carolina.[1]  The Plaintiff filed this action seeking

to foreclose on Ivy T. Boozer's ("Boozer") property because she failed to make timely

payments.  Magistrate Judge Hendricks recommends granting the Plaintiff's motion for

summary judgment.  Boozer filed objections to the Report.

Objections to the Report must be specific.  Failure to file specific objections constitutes a

waiver of a party's right to further judicial review, including appellate review, if the

recommendation is accepted by the district judge.  See United States v. Schronce, 727 F.2d 91,

94 & n.4 (4th Cir. 1984).  In the absence of specific objections to the Report of the magistrate

judge, this court is not required to give any explanation for adopting the recommendation.  See

Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

---

[1] The recommendation has no presumptive weight, and the responsibility for making a
final determination remains with the United States District Court.  See Mathews v. Weber, 423
U.S. 261, 270 (1976).  The court is charged with making a de novo determination of those
portions of the Report and Recommendation to which specific objection is made.  The court may
accept, reject, or modify, in whole or in part, the recommendation made by the magistrate judge
or recommit the matter with instructions.  28 U.S.C. § 636(b)(1) (2006).

After review, the court finds that Boozer's objections are non-specific, unrelated to the dispositive portions of the magistrate judge's Report, and merely restate her claims. Therefore, after a thorough review of the Report and the record in this case, the court adopts the magistrate judge's Report and Recommendation.

Therefore, it is

**ORDERED** that the Plaintiff's motion for summary judgment, docket number 15, is granted.

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
June 22, 2009

**NOTICE OF RIGHT TO APPEAL**

The Defendant is hereby notified that she has the right to appeal this order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.